T. W. WARD v. POLLOCK & GIBBS.

(No. 5523.)

DISTRESS WARRANT — LIEN. — *Held*, lien good for arrears and cur-
rent quarter in process of becoming due.

APPEAL from San Saba county. Opinion by DELANEY, J.

STATEMENT. — This was an action for distress for rent
brought by appellant to recover the sum of $247. The
writ was issued by a justice of the peace and made return-
able to the district court. In that court appellant excepted
to the petition because it showed on its face that the writ
could not legally issue for a larger sum than $147, which
was below the jurisdiction of the court. The exception
was sustained, and this ruling of the court presents the
only error assigned. Appellant had leased a house to ap-
pellee for a term of two years, commencing May 14, 1883,
the rent being payable quarterly. The rent for the first
year was paid, and in part for the second year. But for
the quarter ending November 14, 1884, the sum of $47 was
unpaid. Two days after the end of that quarter appellant
issued his writ. He claimed a lien for $47 on the quarter
which had just closed, $100 for the current quarter ending
February 14, 1885, and $100 for a quarter which had not
commenced, but which he supposed would commence Feb-
ruary 15, 1885, and end May 14, 1885.

OPINION. — Held, appellant had a lien for the rent in ar-
rears and for current quarter which was in process of be-
coming due, but not for future periods which had not com-
menced. At farthest appellant's lien would not authorize
the issuance of a writ for more than $147, and was below
the jurisdiction of the district court. Green *v.* Bear Bros.
& Hirsch, 68 Tex., 628; B. & B. Association *v.* Cochran, 60
Tex., 620.

There is no error in the judgment, and it is affirmed.

AFFIRMED.